UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 20-22566-CIV-MORENO**

ANTHONY BRIAN JONES,

      Movant,

vs.

UNITED STATES OF AMERICA,

      Respondent.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody, filed on **June 22, 2020**. The Magistrate Judge filed a Report and Recommendation **(D.E. 5)** on **August 7, 2020**. The Court has reviewed the entire file and record.  The Court has made a *de novo* review of the issues presented in the Magistrate Judge's Report and Recommendation.  The Court notes that no objections have been filed and the time for doing so has now passed.  Being otherwise fully advised in the premises, it is

**ADJUDGED** that Magistrate Judge Reid's Report and Recommendation is **AFFIRMED** and **ADOPTED**.  Accordingly, it is

**ADJUDGED** that Plaintiff's Motion Under 28 U.S.C. 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody is DENIED as time-barred. Alternatively, the motion is denied on the merits as set forth in the Report and Recommendation and the Court finds it appropriate to deny the request for an evidentiary hearing.  It is further

**ADJUDGED** that no certificate of appealability issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th of August 2020.

*Federico A. Moreno*

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Lisette M. Reid

Counsel of Record

**Anthony Brian Jones**
13391-104
Hazelton-USP
United States Penitentiary
Inmate Mail/Parcels
Post Office Box 5000
Bruceton Mills, WV 26525
PRO SE